Daniel J. Gibbons, WSBA # 33036
Steven J. Dixson, WSBA # 38101
WITHERSPOON · KELLEY
422 West Riverside Avenue, Suite 1100
Spokane, WA  99201-0300
Telephone:  (509) 624-5265
Facsimile:   (509) 458-2728
djg@witherspoonkelley.com
sjd@witherspoonkelley.com
*Attorneys for Defendants The Bank of New York Mellon, f/k/a The Bank of New York as Trustee for First Horizon Alternative Mortgage Securities Trust 2006-AA6 and Mr. Cooper f/k/a Nationstar Mortgage, LLC*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON (TACOMA)

| | |
|---|---|
| SCOTT TOWNSEND and DEBORAH TOWNSEND, husband and wife,<br><br>Plaintiffs,<br><br>vs.<br><br>THE BANK OF NEW YORK MELLON, f/k/a THE BANK OF NEW YORK AS TRUSTEE FOR FIRST HORIZON ALTERNATIVE MORTGAGE SECURITIES TRUST 2006-AA6; MR. COOPER f/k/a NATIONSTAR MORTGAGE, LLC,<br><br>Defendants. | Case No.  3:20-cv-05397-BHS<br><br>NOTICE OF APPEARANCE |

TO:   ALL PARTIES HEREIN AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that Daniel J. Gibbons and Steven J. Dixson of Witherspoon • Kelley enter their appearances in the above cause on behalf of Defendants The Bank of New York Mellon, f/k/a The Bank of New York as Trustee for First Horizon

NOTICE OF APPEARANCE - 1
{S2022862; 1 }

**WK WITHERSPOON·KELLEY**
Attorneys & Counselors
422 W. Riverside Avenue, Suite 1100      Phone: 509.**624.5265**
Spokane, Washington 99201-0300              Fax: 509.**458.2728**

Alternative Mortgage Securities Trust 2006-AA6, and Mr. Cooper f/k/a Nationstar Mortgage, LLC, without waiving any or all claims or defenses that may exist pursuant to FRCP 8, 12 or otherwise, and request that all further pleadings and papers herein, except process, be served upon the undersigned, at the address stated below:

Daniel J. Gibbons
Steven J. Dixson
Witherspoon • Kelley
422 W. Riverside Avenue, Suite 1100
Spokane, WA  99201

Respectfully submitted this 14th day of May, 2020.

WITHERSPOON • KELLEY

*s/Daniel J. Gibbons*
Daniel J. Gibbons, WSBA # 33036
djg@witherspoonkelley.com
*s/Steven J. Dixson*
Steven J. Dixson, WSBA # 38101
sjd@witherspoonkelley.com
422 W. Riverside Ave., Suite 1100
Spokane, WA 99201-0300
Phone: 509-624-5265
Fax: 509-458-2728
*Attorneys for Defendants The Bank of New York Mellon, f/k/a The Bank of New York as Trustee for First Horizon Alternative Mortgage Securities Trust 2006-AA6 and Mr. Cooper f/k/a Nationstar Mortgage, LLC*

NOTICE OF APPEARANCE - 2
{S2022862; 1 }



WITHERSPOON·KELLEY
Attorneys & Counselors
422 W. Riverside Avenue, Suite 1100    Phone: 509.**624.5265**
Spokane, Washington 99201-0300         Fax: 509.**458.2728**

**CERTIFICATE OF SERVICE**

1. I hereby certify that on the 14th day of May, 2020, I caused to be electronically filed the foregoing NOTICE OF APPEARANCE with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

 **Ha Thu Dao:** hadaojd@gmail.com, Admin@Barrazalaw.com, youremylawyer@gmail.com, haandlinda@gmail.com

 **Christina Latta Henry:** chenry@HDM-legal.com, mainline@hdm-legal.com, HenryDeGraaffPS@jubileebk.net

2. I hereby certify that I have mailed by United States Postal Service the foregoing document to the following non-CM/ECF participants at the address listed below: **None.**

3. I hereby certify that I have mailed by United States Postal Service the document to the following CM/ECF participants at the address listed below: **None.**

4. I hereby certify that I have hand-delivered the document to the following participants at the addresses listed below: **None**.

    *s/Daniel J. Gibbons*
    Daniel J. Gibbons, WSBA # 33036
    WITHERSPOON • KELLEY
    422 W. Riverside Ave., Suite 1100
    Spokane, WA 99201-0300
    Phone: 509-624-5265
    Fax: 509-458-2728
    djg@witherspoonkelley.com

NOTICE OF APPEARANCE - 3
{S2022862; 1 }

**WK** WITHERSPOON • KELLEY
Attorneys & Counselors
422 W. Riverside Avenue, Suite 1100 Phone: 509.**624.5265**
Spokane, Washington 99201-0300 Fax: 509.**458.2728**