UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| Scott Townsend and Deborah Townsend, husband and wife,, <br><br> v. <br><br> The Bank of New York Mellon f/k/a The Bank of New York as Trustee for First Horizon Alternate Mortgage Securities Trust 2006-AA6, Mr. Cooper f/k/a Nationstar Mortgage,LLC | CASE NO: 3:20-cv-05397-BHS <br><br> **DECLARATION OF MAILING CERTIFICATE OF SERVICE** |

On 5/6/2020, I did cause a copy of the following documents, described below,

Civil Cover Sheet ECF Docket Reference No. 1-6

Summons to Mr. Cooper f/k/a Nationstar Mortgage, LLC 1-6

3:20-cv-05397-BHS - Complaint  1

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice. com, a Administrative Office of the United States Bankruptcy Court, Approved Notice Provider.  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

DATED: 5/6/2020

/s/ Christina L Henry
Christina L Henry  31273
Henry & DeGraaff, PS
787 Maynard Ave S
Seattle, WA  98104
206 330 0595

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

Scott Townsend and Deborah Townsend, husband and wife,,

v.

The Bank of New York Mellon f/k/a The Bank of New York as Trsutee for First Horizon Alternate Mortgage Securities Trust 2006-AA6, Mr. Cooper f/k/a Nationstar Mortgage,LLC

CASE NO: 3:20-cv-05397-BHS

**CERTIFICATE OF SERVICE**

On 5/6/2020, a copy of the following documents, described below,

Civil Cover Sheet ECF Docket Reference No. 1-6

Summons to Mr. Cooper f/k/a Nationstar Mortgage, LLC 1-6

3:20-cv-05397-BHS - Complaint  1

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 5/6/2020

/s/ Jay S Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Christina L Henry
Henry & DeGraaff, PS
787 Maynard Ave S
Seattle, WA  98104

PARTIES DESIGNATED AS "CM/ECF E-SERVICE" WILL NOT RECEIVE A PAPER COPY BY MAIL.
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

CERTIFIED
7019 2970 0000 0873 4298

MR. COOPER F/K/A NATIONSTAR MORTGAGE,
LLC
C/O CORPORATION SERVICE COMPANY
300 DESCHUTES WAY SE, STE 208, MC-CSC1
TUMWATER WA 98501

FIRST CLASS

MR. COOPER F/K/A NATIONSTAR MORTGAGE,
LLC
C/O CORPORATION SERVICE COMPANY
300 DESCHUTES WAY SE, STE 208, MC-CSC1
TUMWATER WA 98501

SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

A. Signature

X ⬚ Agent ⬚ Addressee

MAY 11 2020

B. Received by (*Printed Name*) Juanita Huey

C. Date of Delivery

1. Article Addressed to:

MR. COOPER F/K/A NATIONSTAR MORTGAGE, LLC
C/O CORPORATION SERVICE COMPANY
300 DESCHUTES WAY SE, STE 208, MC-CSC1
TUMWATER WA 98501

D. Is delivery address different from item 1? ⬚ Yes
If YES, enter delivery address below: ☒ No

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
9590 9402 5822 0034 5330 90

3. Service Type
⬚ Adult Signature
⬚ Adult Signature Restricted Delivery
⬚ Certified Mail®
⬚ Certified Mail Restricted Delivery
⬚ Collect on Delivery
⬚ Collect on Delivery Restricted Delivery
⬚ Insured Mail
⬚ Insured Mail Restricted Delivery (over $500)

⬚ Priority Mail Express®
⬚ Registered Mail™
⬚ Registered Mail Restricted Delivery
⬚ Return Receipt for Merchandise
⬚ Signature Confirmation™
⬚ Signature Confirmation Restricted Delivery

2. Article Number (*Transfer from service label*)
7019 2970 0000 0873 4298

PS Form 3811, July 2015 PSN 7530-02-000-9053 | Domestic Return Receipt



UNITED STATES POSTAL SERVICE

9590 9402 5822 0034 5350 90

PM 3 L

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box •

6132338675-3:20-cv-05397-BHS-
Christina L Henry
 Henry & DeGraaff, PS
787 Maynard Ave S
Seattle WA 98104

Tommy Brown
4/2/2020
Page 3

DEFENDANTS OR BY SETTLEMENT. ANY ATTORNEYS FEES WILL BE DETERMINED OR AUTHORIZED BY THE COURT AND MAY BE DEDUCTED FROM ANY SUMS AWARDED OR BENEFITS OBTAINED FOR YOU OR OTHER CLASS MEMBERS. ALL ATTORNEYS FEES AWARDED ARE FOR MY BENEFIT AND MAY NOT BE WAIVED BY ME. THE CASE MAY ALSO BE SETTLED BEFORE OR AFTER SUIT HAS BEEN FILED. SETTLEMENT MAY INCLUDE A PAYMENT OF ATTORNEYS FEES IN ADDITION TO SUMS AWARDED TO YOU OR OTHERS. THESE ATTORNEYS FEES WILL BE SEPARATE FROM ANY CONTINGENCY ARRANGEMENT MADE WITH YOU.

Your file will be held for three (3) years after the conclusion of the case and then destroyed. If you desire that the file not be destroyed in accordance with this standard policy, then you must advise us in writing, and at the conclusion of the case the file will be shipped to you at your expense.

If the above is agreeable to you, please sign in the space provided below. By signing below, you acknowledge receipt of a copy of same. Thank you for the opportunity to be of assistance to you in this matter.

ACKNOWLEDGED AND AGREED:                    ACKNOWLEDGED AND AGREED:

                                            HENRY & DEGRAAFF, P.S.

By: _Tommy Brown_                           By: _Christina L. Henry_
    Tommy Brown                                 Christina L. Henry

Dated: _3 April 2020_                       Dated: _4/3/2020_