The Hon. Benjamin H. Settle

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA

| | |
|---|---|
| SCOTT TOWNSEND and DEBORAH TOWNSEND, husband and wife,<br><br>Plaintiff,<br><br>vs.<br><br>THE BANK OF NEW YORK MELLON, f/k/a THE BANK OF NEW YORK AS TRUSTEE FOR FIRST HORIZON ALTERNATIVE MORTGAGE SECURITIES TRUST 2006-AA6, MR. COOPER, formerly NATIONSTAR MORTGAGE LLC,<br><br>Defendants. | CASE: 3:20-cv-05397-BHS<br><br>DECLARATION OF CHRISITNA L HENRY IN SUPPORT OF RESPONSE TO MOTION TO DISMISS OR TO REMAND<br><br>Note on Motion Calendar<br><br>June 19, 2020 |

Christina L Henry declares and states as follows:

    1.    I am one of the attorneys for the Plaintiffs in this matter, I am over the age of 18, and I base this declaration on my personal knowledge and review of my filed in this matter.

    2.    The Defendants The Bank of New York Mellon ("BONY") through their agents Mr. Cooper and their law firm, filed a judicial foreclosure complaint in Pierce County Superior Court of Washington under case number 19-2-07409-0 on April 25, 2019 and amended on May 17, 2019 ("State Court Lawsuit").

3. Since the filing of the State Court Lawsuit, the state court has not issued any ruling and the case has not been calendared for trial. The defendants have obtained default against those parties that are necessary to quiet title, but the remaining parties are still in the beginning stages of discovery. Above all, the state court has not issued any substantive rulings about the case, including any rulings on jurisdictional questions. *See* **Exhibit A.**

I DECLARE UNDER PENALTY OF PERJURY OF THE LAWS OF THE STATE OF WASHINGTON THAT THE FOREGOING IS TRUE AND CORRECT.

EXECUTED at Bothell, Washington on June 2, 2020.

  */s/ Christina L Henry*
Christina L Henry, WSBA# 31273