# EXHIBIT A

)F THE STATE OF WASHINGTON
PIERCE COUNTY

| | |
|---|---|
| BANK OF NEW YORK MELLON<br>Plaintiff(s)<br>vs.<br>DEBORAH TOWNSEND<br>Defendant(s) | No. 19-2-07409-0<br>**ORDER SETTING CASE SCHEDULE**<br>Type of Case: FOR<br>Estimated Trial (days):<br>Track Assignment: Court Review - 4 Months<br>Assigned Department: 17 - Judge KARENA KIRKENDOLL<br>Docket Code: ORSCS |

Mandatory - Court Review Hrg          06/12/20 9:00



FILED
DEPARTMENT 17
IN OPEN COURT
FEB 2 8 2020
PIERCE COUNTY, Clerk
By _____ DEPUTY

**NOTICE TO PLAINTIFF/PETITIONER**

If the case has been filed, the plaintiff shall serve a copy of the Case Schedule on the defendant(s) with the summons and complaint/petition: Provided that in those cases where service is by publication the plaintiff shall serve the Case Schedule within five (5) court days of service of the defendant's first response/appearance. If the case has not been filed, but an initial pleading is served, the Case Schedule shall be served within five (5) court days of filing. See PCLR 3.

**NOTICE TO ALL PARTIES**

All attorneys and parties shall make themselves familiar with the Pierce County Local Rules, particularly those relating to case scheduling. Compliance with the scheduling rules is mandatory and failure to comply shall result in sanctions appropriate to the violation. If a statement of arbitrability is filed, PCLR 3 does not apply while the case is in arbitration.

DATED: 2/28/20

_Karena Kirkendoll_

Judge Karena Kirkendoll
Department 17  (253) 798-6640

# IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
## IN AND FOR PIERCE COUNTY

BANK OF NEW YORK MELLON

    Plaintiff(s)

vs.

DEBORAH TOWNSEND

    Defendant(s)

No. 19-2-07409-0

**ORDER SETTING CASE SCHEDULE**

Type of Case: FOR
Estimated Trial (days):
Track Assignment: Court Review - 4 Months
Assigned Department: 17 - Judge KARENA KIRKENDOLL
Docket Code: ORSCS

CC: FIRST HORIZON HOME LOAN CORPORATION, PRO SE (Self-Represented)
GULF HARBOUR INVESTMENTS CORPORATION, PRO SE (Self-Represented)
JANE DOE, PRO SE (Self-Represented)
JOHN DOE, PRO SE (Self-Represented)
MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC, PRO SE (Self-Represented
Christina Latta Henry, Atty
Ha Thu Dao, Atty
James Angus Craft, Atty

FILED
DEPARTMENT 17
IN OPEN COURT
FEB 2 8 2020
PIERCE COUNTY, Clerk
By _____ DEPUTY

IN THE SUPERIOR CIRCUIT COURT OF THE STATE OF WASHINGTON

IN AND FOR THE COUNTY OF PIERCE

| | |
|---|---|
| THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK AS TRUSTEE FOR FIRST HORIZON ALTERNATIVE MORTGAGE SECURITIES TRUST 2006-AA6<br><br>Plaintiff,<br><br>vs.<br><br>DEBORAH TOWNSEND; SCOTT TOWNSEND; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; FIRST HORIZON HOME LOAN CORPORATION; GULF HARBOUR INVESTMENTS CORPORATION; JOHN AND/OR JANE DOE, UNKNOWN OCCUPANTS/CO-HABITANTS OF THE SUBJECT PREMISES<br><br>Defendants. | Cause No. 19-2-07409-0<br><br>ORDER ON MOTION FOR DEFAULT<br><br>[X] Granted<br>[ ] Denied |

### I. Basis

A Motion for Default has been presented by THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW YORK as Trustee for FIRST HORIZON ALTERNATIVE MORTGAGE SECURITIES TRUST 2006-AA6.

### II. Findings

1 - ORDER ON MOTION FOR DEFAULT

S&S No. 19-124735

*JANEWAY LAW FIRM, LLC*
1499 SE Tech Center Place, Suite 255, Vancouver, WA 98683
Telephone (360) 260-2253 (800) 970-5647
Fax (360) 260-2285
ksutherland@logs.com

The Court *finds*:

**2.1 Proper Jurisdiction and Venue**

The Court has proper jurisdiction and venue.

**2.2 Service on NonRequesting Party(s)**

~~Deborah Townsend a/k/a Deborah Lynn Townsend was served with a Summonses and Complaint for the Deed of Trust Foreclosure on June 10, 2019.~~ Mortgage Electronic Registration Systems, Inc. was served with a Summonses and Complaint for the Deed of Trust Foreclosure on May 31, 2019. First Horizon Home Loan Corporation was served with a Summonses and Complaint for the Deed of Trust Foreclosure on May 9, 2019. Gulf Harbour Investments Corporation was served with a Summonses and Complaint for the Deed of Trust Foreclosure on June 3, 2019. John and/or Jane Doe, Unknown Occupants/Co-Habitants of the Subject Premises was served with a Summonses and Complaint for the Deed of Trust Foreclosure on June 5, 2019.

**2.3 Time Elapsed Since Service**

More than twenty (20) days have elapsed since service was effectuated upon the Defendant(s) within the State of Washington and/or at least sixty (60) days have elapsed since the Summons was served upon other Defendant(s) by publication/alternative means or upon Defendant(s) residing outside the State of Washington.

**2.4 Appearance**

The Defendant(s) against whom default is being sought have failed to appear, or

2- ORDER ON MOTION FOR DEFAULT
S&S No. 19-124735

*JANEWAY LAW FIRM, LLC*
1499 SE Tech Center Place, Suite 255, Vancouver, WA 98683
Telephone (360) 260-2253 (800)970-5647
Fax (360) 260-2285
ksutherland@logs.com

1  have appeared but have otherwise failed to respond after proper notice, and the time allotted by

2  law has now elapsed without extension.

2.5   Servicemembers Civil Relief Act Statement

It appearing that the Defendant(s) against whom default is being sought are not Service Members nor are they a dependent(s) of any active duty Service Member(s).

### III.   Order

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Defendant(s) ~~Deborah Townsend a/k/a Deborah Lynn Townsend~~, Mortgage Electronic Registration Systems, Inc., First Horizon Home Loan Corporation, Gulf Harbour Investments Corporation and John and/or Jane Doe, Unknown Occupants/Co-Habitants of the Subject Premises are in default and the default is entered of record.

DATED this **28** day of **Feb.**, 2020

_____
JUDGE/~~COMMISSIONER~~   **KARENA KIRKENDOLL**

Submitted by:

By: _____
[X] James A. Craft #47763 [jcraft@logs.com]
[ ] Kelly D. Sutherland #21889 [ksutherland@logs.com]
of JANEWAY LAW FIRM, LLC
Attorneys for Plaintiff,
1499 SE Tech Center Place, Suite 255, Vancouver, WA 98683
(360) 260-2253; Fax (360) 260-2285

FILED
DEPARTMENT 17
IN OPEN COURT
FEB 2 8 2020
PIERCE COUNTY, Clerk
By _____ DEPUTY

3 - ORDER ON MOTION FOR DEFAULT

S&S No. 19-124735

*JANEWAY LAW FIRM, LLC*
1499 SE Tech Center Place, Suite 255, Vancouver, WA 98683
Telephone (360) 260-2253 (800)970-5647
Fax (360) 260-2285
ksutherland@logs.com