Daniel J. Gibbons, WSBA No. 33036
Steven J. Dixson, WSBA No. 38101
WITHERSPOON · KELLEY
422 W. Riverside Avenue, Suite 1100
Spokane, WA  99201-0300
Phone:  (509) 624-5265
Fax:   (509) 458-2728
djg@witherspoonkelley.com
sjd@witherspoonkelley.com

*Attorneys for Defendant the Bank New York Mellon, f/k/a the Bank of New York as Trustee for First Horizon Alternative Mortgage Securities Trust 2006-AA6 and Nationstar Mortgage LLC d/b/a Mr. Cooper*

**Hon. Benjamin H. Settle**

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON (TACOMA)

| | |
|---|---|
| SCOTT TOWNSEND and DEBORAH TOWNSEND, husband and wife,<br><br>Plaintiffs,<br><br>vs.<br><br>THE BANK OF NEW YORK MELLON, f/k/a THE BANK OF NEW YORK AS TRUSTEE FOR FIRST HORIZON ALTERNATIVE MORTGAGE SECURITIES TRUST 2006-AA6; MR. COOPER f/k/a NATIONSTAR MORTGAGE, LLC<br><br>Defendants. | NO.  3:20-cv-05397-BHS<br><br>[PROPOSED] ORDER GRANTING SECOND MOTION TO DISMISS OR TO STAY PROCEEDINGS<br><br>NOTE ON MOTION CALENDAR: AUGUST 28, 2020 |

[PROPOSED] ORDER GRANTING SECOND MOTION TO DISMISS OR TO STAY PROCEEDINGS - 1
Case No. 3:20-cv-05397-BHS
S2062371

**WITHERSPOON · KELLEY**
Attorneys & Counselors

422 W. Riverside Avenue, Suite 1100      Phone: 509.624.5265
Spokane, Washington 99201-0300            Fax: 509.458.2728

THIS MATTER having come before the Court upon the filing of Defendants the Bank of New York Mellon f/k/a the Bank of New York as Trustee for First Horizon Alternative Mortgage Securities Trust 2006-AA6 (**BoNYM**) and Nationstar Mortgage LLC d/b/a Mr. Cooper (**Nationstar**)'s Second Motion to Dismiss or to Stay Proceedings (the "Motion"), all parties having been given notice and opportunity to respond, and the Court having reviewed and given due consideration to all of the pleadings, filings, and documents of record in this matter, it is hereby:

ORDERED Defendants BoNYM and Nationstar's Motion is GRANTED; and it is

FURTHER ORDERED the Court hereby dismisses all claims and causes of action asserted by Plaintiffs against Defendants BoNYM and Nationstar, with prejudice and without leave to amend.

IT IS SO ORDERED.

DATED:_____

_____
HON. BENJAMIN H. SETTLE

*Presented by:*

WITHERSPOON · KELLEY

By: *s/ Daniel J. Gibbons*
Daniel J. Gibbons, WSBA #33036
Steven J. Dixson, WSBA #38101
*Attorneys for Defendants the Bank New York Mellon, f/k/a the Bank of New York as Trustee for First Horizon Alternative Mortgage Securities Trust 2006-AA6 and Nationstar Mortgage LLC d/b/a Mr. Cooper*

[PROPOSED] ORDER GRANTING SECOND MOTION TO DISMISS OR TO STAY PROCEEDINGS - 2
Case No. 3:20-cv-05397-BHS
S2062371



WITHERSPOON·KELLEY
Attorneys & Counselors
422 W. Riverside Avenue, Suite 1100    Phone: 509.624.5265
Spokane, Washington 99201-0300          Fax: 509.458.2728