IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA

| | |
|---|---|
| SCOTT TOWNSEND and DEBORAH TOWNSEND, husband and wife,<br><br>Plaintiff,<br><br>vs.<br><br>THE BANK OF NEW YORK MELLON, f/k/a THE BANK OF NEW YORK AS TRUSTEE FOR FIRST HORIZON ALTERNATIVE MORTGAGE SECURITIES TRUST 2006-AA6, MR. COOPER, formerly NATIONSTAR MORTGAGE LLC,<br><br>Defendants. | CASE: 3:20-cv-05397-BHS<br><br>CONSENT TO WITHDRAWAL |

The Plaintiffs, Scott Townsend and Deborah Townsend, hereby consent to the withdrawal of co-counsel, Ha Thu Dao, from representation in the above-referenced effective February 7, 2022, as she has accepted employment with a governmental entity.

DATED this 27th day of January, 2022.

_____          _____
SCOTT TOWNSEND                                              DEBORAH TOWNSEND

CONSENT TO WITHDRAWAL - 1

GRAND CENTRAL LAW
10728 16TH AVE SW
SEATTLE WA 98146
Tel. 727-269-9334

# CERTIFICATE OF SERVICE

I hereby certify that I caused the foregoing Notice of Withdrawal to be served via the Court's e-portal and/or via email notification to the following:

Eric I. Goldberg, Esq,
Akerman, LLP
Counsel for Defendants
750 Ninth Street NW, Ste 750
Washington, D.C. 20001

Christina L. Henry, Esq.
chenry@HDM-legal.com
119 1st Ave S., Ste 500
Seattle, WA 98104
chenry@HDM-legal.com
Counsel for the Plaintiffs

DATED this 27th day of January, 2022.

*/s/ Ha Thu Dao*
Ha Thu Dao, Esq.

CONSENT TO WITHDRAWAL - 2

GRAND CENTRAL LAW
10728 16TH AVE SW
SEATTLE WA 98146
Tel. 727-269-9334