**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**OFFICE OF THE CLERK**
**AT TACOMA**

RAVI SUBRAMANIAN
CLERK OF COURT
1717 PACIFIC AVE.
ROOM 3100
TACOMA, WA 98402

February 9, 2022

**TOWNSEND ET AL V. BANK OF NEW YORK MELLON ET AL**
Case # 3:20–cv–05397–BHS

The court has received your case documents and has identified the following items to be addressed.
**Please note:** Any underlined points of reference below will contain a link to the source materials.

    **Improper Signature**
    The document as filed was not properly signed by Scott and Deborah Townsend. Signatures must be in accordance with <u>Federal Rule of Civil Procedure 11</u> and <u>Local Civil Rule 83.2</u>, and must comply with Section III(L) of the <u>Electronic Filing Procedures</u>. **Please file a corrected signature page as soon as practicable** by going to **Other Documents** and selecting **Praecipe to Attach Document** and relating it back to the original filing.

*Please call the Attorney Case Opening Helpdesk at 206–370–8787 if you have any additional questions.*

Thank you.

cc: file