UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SCOTT TOWNSEND, et al.,<br><br>  Plaintiffs,<br><br>v.<br><br>BANK OF NEW YORK MELLON, et al.,<br><br>  Defendants. | CASE NO. 3:20-cv-05397-JHC<br><br>ORDER |

On January 11, 2023, the Court asked the parties whether they would oppose a stay pending the resolution of two cases currently before the Washington Supreme Court, *Copper Creek (Marysville) Homeowners Ass'n v. Kurtz*, 21 Wash. App. 2d 605, 508 P.3d 179 (2022), *review granted sub nom. Copper Creek Homeowners Ass'n v. Wilmington Sav. Fund Soc'y*, 200 Wash. 2d 1001, 516 P.3d 377 (2022), and *Merritt v. USAA Fed. Sav. Bank*, 21 Wash. App. 2d 1039 (2022), *review granted*, 200 Wash. 2d 1001, 516 P.3d 372 (2022).  *See* Dkt. # 57.  Both parties responded that they would not oppose a stay.  Dkt. ## 58 at 1; 59 at 1.

The Court hereby ORDERS that this case is STAYED until the Washington Supreme Court issues decisions in both *Copper Creek* and *Merritt*.  The parties shall, within seven days of the Washington Supreme Court's resolution of *either* case, inform this Court that the Washington

ORDER - 1

Supreme Court has issued a decision. That is, the parties must inform the Court when the Washington Supreme Court issues a decision in *Copper Creek* and must do the same when the Washington Supreme Court issues a decision in *Merritt*. The Court may lift the stay earlier than stated above if the Court determines that the Washington Supreme Court's resolution of one of the two cases is enough to help answer the questions presented in this case.

The Court DIRECTS the clerk to remove Defendants' summary judgment motion (Dkt. # 44) from the Court's calendar.

Dated this 26th day of January, 2023.

*John H. Chun*
John H. Chun
United States District Judge

ORDER - 2