UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SCOTT TOWNSEND, et al.,<br><br>　　　　　　　　Plaintiffs,<br><br>　v.<br><br>BANK OF NEW YORK MELLON, et al.,<br><br>　　　　　　　　Defendants. | CASE NO. 3:20-cv-05397-JHC<br><br>ORDER LIFTING STAY AND REQUESTING SUPPLEMENTAL BRIEFING |

The Court stayed this action while the Washington Supreme Court decided two cases: *Copper Creek (Marysville) Homeowners Association v. Kurtz* and *Merritt v. USAA Federal Savings Bank*. *See* Dkt. # 60.  On July 20, 2023, the Washington Supreme Court issued opinions in those two cases. *See* Dkt. # 61.

　　　The Court LIFTS the stay entered on January 26, 2023.  *See* Dkt. # 60.

ORDER LIFTING STAY AND REQUESTING SUPPLEMENTAL BRIEFING - 1

The parties are hereby ORDERED to provide supplemental briefs addressing the following question: What effect, if any, do *Copper Creek* and *Merritt* have on this case? The briefs shall not exceed 5 pages and shall be filed within 14 days of the date of this order.

Dated this 31st day of July, 2023.

*[signature: John H. Chun]*

John H. Chun
United States District Judge