The Honorable John H. Chun

# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF WASHINGTON (TACOMA)

| | |
|---|---|
| SCOTT TOWNSEND and DEBORAH TOWNSEND, husband and wife,<br><br>Plaintiffs,<br><br>v.<br><br>THE BANK OF NEW YORK MELLON, f/k/a THE BANK OF NEW YORK AS TRUSTEE FOR FIRST HORIZON ALTERNATIVE MORTGAGE SECURITIES TRUST 2006-AA6; MR. COOPER f/k/a NATIONSTAR MORTGAGE, LLC<br><br>Defendants. | Case No. 3:20-cv-05397-JHC<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE** |

This matter came before the Court on Plaintiffs Scott and Deborah Townsend and Defendants Nationstar Mortgage LLC d/b/a Mr. Cooper and The Bank of New York Mellon, f/k/a The Bank of New York as Trustee for First Horizon Alternative Mortgage Securities Trust 2006-AA6's stipulation of dismissal of this action in its entirety with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1). The Court, having considered the stipulation, orders as follows:

1. This action is DISMISSED in its entirety with prejudice; and

2. Each party shall bear its own attorney's fees and costs.

- 1 -

[ORDER GRANTING STIPULATION TO DISMISS
Case No. 3:20-cv-05397-JHC

TROUTMAN PEPPER
HAMILTON SANDERS LLP
5 PARK PLAZA, SUITE 1400
IRVINE, CA 92614

161311669v1

Dated this 8th day of August, 2023.

*[signature: John H. Chun]*

The Honorable John H. Chun
United States District Judge

Presented by:

TROUTMAN PEPPER HAMILTON SANDERS LLP

By: */s/ Justin D. Balser*
Justin D. Balser
*Attorneys for Defendants
Nationstar Mortgage LLC d/b/a Mr. Cooper
and The Bank Of New York Mellon, F/K/A
The Bank Of New York As Trustee for First
Horizon Alternative Mortgage Securities
Trust 2006-Aa6*

- 2 -

**ORDER GRANTING STIPULATION TO DISMISS**
Case No. 3:20-cv-05397-JHC

161311669v1

TROUTMAN PEPPER
HAMILTON SANDERS LLP
5 PARK PLAZA, SUITE 1400
IRVINE, CA 92614